"O"
FILED
CLERK, U.S. DISTRICT COURT

SEP 30 2008

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LIKING S. JOHNSON, | Case No. CV 06-02099 AG (AN) |
| Petitioner, | |
| v. | ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| CHARLES M. HARRISON, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has conducted a de novo review of the record, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Statement of Objections ("Objections") to the R&R. IT IS ORDERED that:

1. The Objections are overruled.
2. The R&R is approved and adopted with the following correction at page 17, line 12-15: The sentence beginning with "Alternatively, Respondent contends..." is hereby replaced with the following sentence -- "Alternatively, Respondent contends the state courts properly rejected claim four on the merits because the trial court's imposition of the five-year upper term on the first robbery count is ultimately a harmless error, and that neither *Apprendi* nor *Blakely* apply to consecutive sentences."

1  3.  Judgment shall be entered denying the Petition and dismissing this action with prejudice.

2  4.  All motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: September 30, 2008

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE