ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT

SEP 3 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LIKING S. JOHNSON, | Case No. CV 06-02099 AG (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| CHARLES M. HARRISON, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: SEPT 30, 2008

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 1 2008

CENTRAL DIST...
BY ___